**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01139-CV

**RONALD BIRCHLER, ANNETTE BIRCHLER AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00578-2014**

## ORDER

Before the Court is appellants' December 15, 2014 unopposed motion to extend time to file appellants' reply brief. We **GRANT** appellants' motion. Appellants' brief shall be filed on or before December 29, 2014.

/s/     CRAIG STODDART
          JUSTICE